IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CHELSEA E. ANSTEAD and KERCHAI LeFLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENSION HEALTH; ASCENSION HEALTH ALLIANCE, ASCENSIONCONNECT, LLC, and SACRED HEART HEALTH SYSTEM, INC.<br><br>Defendants. | No. 3:22-CV-2553-MCR-HTC |

**JOINT STATUS REPORT AND REQUEST FOR EXTENSION**

Plaintiffs Chelsea E. Anstead and Kerchai LeFlor ("Plaintiffs") and Defendants Ascension Health, Ascension Health Alliance, AscensionConnect, LLC, and Sacred Heart Health System, Inc. (collectively, "Defendants") respectfully file this Joint Status Report and Request for Extension for Plaintiffs to file their Motion for Preliminary Approval of Settlement Agreement, and state as follows:

1. The Parties have reached a tentative settlement in this matter. (Dkt. No. 13.) Currently, the Parties are to submit the settlement for approval by August 18,

2022. (Dkt. No. 24.)

2. The Parties have been working diligently, speaking with each other every day, and have nearly finalized their ongoing negotiations concerning the form of the Settlement Agreement and accompanying exhibits to be presented to the Court for approval. The Settlement Agreement, along with Plaintiffs' proposed Motion for Preliminary Approval and supporting memorandum of law and documents, is now at the final stage of review by senior executives at Defendant Ascension Health prior to execution.

3. Accordingly, the Parties jointly and respectfully request a further short extension of less than one week such that Plaintiffs can file the Motion for Preliminary Approval of the Settlement Agreement on or before August 24, 2022.

4. The Parties have been working diligently, and this request is made in good faith and not for purposes of delay. The Parties are appreciative of the Court providing the Parties the time to complete their alternative dispute resolution process and the Court's consideration of their request for the additional extension of time. The Parties pledge to continue to work diligently to meet the requested deadline.

WHEREFORE, the Parties respectfully request that the Court extend the deadline to file the Motion for Preliminary Approval to August 24, 2022.

**CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)**

The undersigned counsel certify that they conferred with each other regarding

the requested extension and consent to the extension.

## CERTIFICATE OF WORD COUNT

The undersigned counsel certify that the foregoing report complies with Local Rule 7.1(F) since it contains 281 words, as calculated by the word-processing system used to prepare that document, excluding the caption, certifications, and signature block.

Dated: August 17, 2022　　　　　　　　　Respectfully submitted,

/s/ Camille Fundora Rodriguez　　　　　　/s/ B. Tyler White
Shanon J. Carson　　　　　　　　　　　　B. Tyler White
Camille Fundora Rodriguez　　　　　　　　Florida Bar No. 038213
Alexandra K. Piazza　　　　　　　　　　　JACKSON LEWIS P.C.
BERGER MONTAGUE PC　　　　　　　　501 Riverside Avenue, Suite 902
1818 Market Street, Suite 3600　　　　　　Jacksonville, FL 32202
Philadelphia, PA 19103　　　　　　　　　Tel: (904) 638-2655
Tel.: (215) 875-3000　　　　　　　　　　Tyler.White@jacksonlewis.com
scarson@bm.net
crodriguez@bm.net　　　　　　　　　　　Eric R. Magnus
apiazza@bm.net　　　　　　　　　　　　Georgia Bar No. 801405 (*admitted in the N.D. Fla.*)

Janet Varnell; FBN: 0071072　　　　　　　JACKSON LEWIS, P.C.
Brian W. Warwick; FBN: 0605573　　　　　171 17th St., NW
1101 E. Cumberland Ave.　　　　　　　　Suite 1200
Suite 201H, #105　　　　　　　　　　　Atlanta, GA 30363
Tampa, FL 33602　　　　　　　　　　　Tel: (404) 525-8200
Tel: (352) 753-8600　　　　　　　　　　Eric.Magnus@jacksonlewis.com
jvarnell@vandwlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*
Andrew R. Frisch
FL Bar # 027777
Morgan & Morgan, P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS

Facsimile: (954) 327-3013
Email: AFrisch@forthepeople.com

C. Ryan Morgan, Esq.
FL Bar No. 0015527
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
PO Box 4979
Orlando, FL 32802-4979
Telephone:  (407) 420-1414
Facsimile:   (407) 867-4791
Email: rmorgan@forthepeople.com

Matthew S. Parmet
TX Bar # 24069719
(seeking admission *pro hac vice*)
Parmet PC
3 Riverway, Ste. 1910
Houston, TX 77056
phone 713 999 5228
Email: matt@parmet.law

*Counsel for Plaintiffs and the Proposed Regular Rate Collective Members and Kronos Collective Members*