IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CHELSEA E. ANSTEAD and KERCHAI LeFLOR, individually and on behalf of all others similarly situated, | : : No. 3:22-CV-2553-MCR-HTC : : : |
| Plaintiffs, | : : |
| v. | : : |
| ASCENSION HEALTH; ASCENSION HEALTH ALLIANCE, ASCENSIONCONNECT, LLC, and SACRED HEART HEALTH SYSTEM, INC. | : : : : : : |
| Defendants. | : |

**PLAINTIFFS' UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT</u>**

Plaintiffs Chelsea E. Anstead and Kerchai LeFlor, through their undersigned counsel, respectfully move the Court for an Order:

1. granting preliminary approval of the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to the accompanying Memorandum of Law, as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act, and as fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e);

2. conditionally certifying the Settlement Collective and Class as a

collective action pursuant to 29 U.S.C. § 216(b), and as a class action pursuant to FED. R. CIV. P. 23(a) and (b)(3), pending final approval of the Settlement Agreement, the Settlement Collective and Class being comprised of:

    a.    All current and former non-exempt employees employed by any or all of the Defendants in the United States during the time period from March 2, 2019 through June 13, 2022, who worked more than forty hours in any workweek and who were not paid overtime at a rate of one-and-one-half times their "regular hourly rate" for all hours worked over forty taking into account any non-discretionary critical staffing bonuses (hereinafter, the "Regular Rate Collective and Class" and each a "Regular Rate Collective and Class Member"); and

    b.    All current and former non-exempt employees employed by any or all of the Defendants in the United States at any time during the Kronos ransomware attack between November 2021 and January 2022 who received a reconciliation payment for underpayments during the Kronos ransomware attack (hereinafter, the "Kronos Collective and Class" and each a "Kronos Collective and Class Member");

3.    preliminarily appointing Plaintiff Chelsea E. Anstead as the representative of the Regular Rate Collective and Class, and Plaintiffs Chelsea E. Anstead and Kerchai LeFlor as the representatives of the Kronos Collective and Class;

4.    preliminarily appointing Berger Montague PC and Varnell & Warwick P.A. as Class Counsel for the Regular Rate Collective and Class, and Berger Montague PC, Varnell & Warwick P.A., Morgan & Morgan, P.A., and Parmet PC as Class Counsel for the Kronos Collective and Class;

5. preliminarily appointing Rust Consulting, Inc. as the Settlement Administrator to perform all duties and tasks assigned to the Settlement Administrator in the Settlement Agreement, and preliminarily approving the costs of notice and settlement administration;

6. approving the Notice of Settlement, including the Regular Rate Notice of Settlement attached as Exhibit A to the Settlement Agreement, and the Kronos Incident Notice of Settlement attached as Exhibit B to the Settlement Agreement, to be distributed by the Settlement Administrator pursuant to the terms of the Settlement Agreement;

7. scheduling the final approval hearing approximately 80-90 days after the Preliminary Approval Order to consider the final approval of the proposed Settlement; and

8. approving the following schedule and procedures for completing the settlement approval process as set forth in the Parties' Settlement Agreement:

| | |
|---|---|
| Defendants to send CAFA Notice | Within ten business days after the submission of the Settlement Agreement to the Court. |
| Defendants Provide Settlement Collective and Class Contact Information | Within seven calendar days after issuance of the Preliminary Approval Order. |
| Notice Sent by Settlement Administrator | Within ten days of receiving the Settlement Collective and Class List. |
| Plaintiffs' Motion for Approval of Attorneys' Fees and Costs | Due fourteen days before the Objection and Opt-Out Deadline. |
| Deadline to postmark objections or requests for exclusion | Forty-five days after the Notice of Settlement is initially mailed by the |

|  | Settlement Administrator. |
|---|---|
| Plaintiffs' Motion for Final Approval | Due two weeks prior to Final Approval Hearing Date |

This Motion is based on the accompanying Memorandum of Law, the Declarations submitted therewith, the Parties' Settlement Agreement and attached Exhibits, and all other records, pleadings, and papers on file in this action. Defendants do not oppose this Motion. A proposed Preliminary Approval Order jointly prepared by the Parties is submitted for the Court's consideration and is also attached as Exhibit C to the Settlement Agreement.

Dated: August 24, 2022                 Respectfully submitted,

/s/ *Shanon J. Carson*
Shanon J. Carson
Camille Fundora Rodriguez
Alexandra K. Piazza
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
scarson@bm.net
crodriguez@bm.net
apiazza@bm.net

Janet Varnell; FBN: 0071072
Brian W. Warwick; FBN: 0605573
**VARNELL & WARWICK P.A.**
1101 E. Cumberland Ave., Suite 201H, #105
Tampa, FL 33602
Tel: (352) 753-8600
Fax: (352) 504-3301
jvarnell@vandwlaw.com

bwarwick@vandwlaw.com

Andrew R. Frisch
FL Bar # 027777
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
Email: AFrisch@forthepeople.com

C. Ryan Morgan, Esq.
FL Bar No. 0015527
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., 16th Floor
PO Box 4979
Orlando, FL 32802-4979
Telephone:  (407) 420-1414
Facsimile:   (407) 867-4791
Email: rmorgan@forthepeople.com

Matthew S. Parmet
TX Bar # 24069719
(*seeking admission pro hac vice*)
**PARMET PC**
3 Riverway, Ste. 1910
Houston, TX 77056
phone 713 999 5228
Email: matt@parmet.law

*Counsel for Plaintiffs*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2022, I caused the foregoing to be served on all counsel of record via ECF.

*/s/ Shanon J. Carson*
Shanon J. Carson
