## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| CHELSEA E. ANSTEAD and | : | |
| KERCHAI LeFLOR, individually and | : | No. 3:22-CV-2553-MCR-HTC |
| on behalf of all others similarly | : | |
| situated, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| ASCENSION HEALTH, ASCENSION | : | |
| HEALTH ALLIANCE, | : | |
| ASCENSIONCONNECT, LLC, and | : | |
| SACRED HEART HEALTH | : | |
| SYSTEM, INC. | : | |
| | : | |
| **Defendants.** | : | |

### PLAINTIFFS' UNOPPOSED MOTION FOR
### FINAL APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs Chelsea E. Anstead and Kerchai LeFlor, through their undersigned counsel, respectfully move the Court for an Order:

1.     granting final approval of the Parties' Settlement Agreement (ECF 31-1), as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act, and as fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e);

2.     granting final certification of the Settlement Collective and Class as a collective action pursuant to 29 U.S.C. § 216(b), and as a class action pursuant to

FED. R. CIV. P. 23(a) and (b)(3), the Settlement Collective and Class being comprised

of:

    a.    All current and former non-exempt employees employed by any or all of the Defendants in the United States during the time period from March 2, 2019 through June 13, 2022, who worked more than forty hours in any workweek and who were not paid overtime at a rate of one-and-one-half times their "regular hourly rate" for all hours worked over forty taking into account any non-discretionary critical staffing bonuses (hereinafter, the "Regular Rate Collective and Class" and each a "Regular Rate Collective and Class Member"); and

    b.    All current and former non-exempt employees employed by any or all of the Defendants in the United States at any time during the Kronos ransomware attack between November 2021 and January 2022 who received a reconciliation payment for underpayments during the Kronos ransomware attack (hereinafter, the "Kronos Collective and Class" and each a "Kronos Collective and Class Member");

    3.    finally appointing Plaintiff Chelsea E. Anstead as the representative of the Regular Rate Collective and Class, and Plaintiffs Chelsea E. Anstead and Kerchai LeFlor as the representatives of the Kronos Collective and Class;

    4.    finally appointing Berger Montague PC and Varnell & Warwick P.A. as Class Counsel for the Regular Rate Collective and Class, and Berger Montague PC, Varnell & Warwick P.A., Morgan & Morgan, P.A., and Parmet PC as Class Counsel for the Kronos Collective and Class, with Shanon J. Carson, Camille Fundora Rodriguez, and Alexandra K. Piazza of Berger Montague PC, and Janet Varnell of Varnell & Warwick, P.A., as Lead Class Counsel;

5.    finally approving Class Counsel's request for attorneys' fees and costs in the amount of one-third (1/3) of the Regular Rate Settlement Amount and one-third (1/3) of the Kronos Settlement Amount, as detailed in the Court-approved Class Notices that were distributed by the Settlement Administrator, Rust Consulting, Inc., to the Settlement Collective and Class Members, and to which there were no objections;

6.    reaffirming the appointment of Rust Consulting, Inc. as the Settlement Administrator to continue to perform all duties and tasks assigned to the Settlement Administrator in the Settlement Agreement, and approving the costs of notice and settlement administration as set forth in the accompanying Declaration of Lisa Pavlik in Support of Plaintiffs' Motion for Final Approval of Settlement Agreement, being filed contemporaneously herewith;

7.    approving Legal Services North Florida, Inc. as the *cy pres* recipient; and

8.    dismissing this class and collective action with prejudice.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Lisa Pavlik, the Parties' Settlement Agreement (ECF 31-1) and attached Exhibits, and all other records, pleadings, and papers on file in this action. Defendants have reviewed and do not oppose this Motion.

A proposed Final Approval Order jointly prepared by the Parties is submitted

for the Court's consideration.

Dated: March 9, 2023                    Respectfully submitted,


                                        */s/ Shanon J. Carson*
                                        Shanon J. Carson
                                        Camille Fundora Rodriguez
                                        Alexandra K. Piazza
                                        **BERGER MONTAGUE PC**
                                        1818 Market Street, Suite 3600
                                        Philadelphia, PA 19103
                                        Tel.: (215) 875-3000
                                        Fax: (215) 875-4604
                                        scarson@bm.net
                                        crodriguez@bm.net
                                        apiazza@bm.net

                                        Janet Varnell; FBN: 0071072
                                        Brian W. Warwick; FBN: 0605573
                                        **VARNELL & WARWICK P.A.**
                                        1101 E. Cumberland Ave., Suite
                                        201H, #105
                                        Tampa, FL 33602
                                        Tel: (352) 753-8600
                                        Fax: (352) 504-3301
                                        jvarnell@vandwlaw.com
                                        bwarwick@vandwlaw.com

                                        Andrew R. Frisch
                                        FL Bar # 027777
                                        **MORGAN & MORGAN, P.A.**
                                        8151 Peters Road, Suite 4000
                                        Plantation, Florida 33324
                                        Telephone: (954) WORKERS
                                        Facsimile: (954) 327-3013
                                        Email: AFrisch@forthepeople.com

C. Ryan Morgan, Esq.
FL Bar No. 0015527
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., 16th Floor
PO Box 4979
Orlando, FL 32802-4979
Telephone:   (407) 420-1414
Facsimile:   (407) 867-4791
Email: rmorgan@forthepeople.com

Matthew S. Parmet
TX Bar # 24069719
**PARMET PC**
3 Riverway, Ste. 1910
Houston, TX 77056
phone 713 999 5228
Email: matt@parmet.law

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 9, 2023, I caused the foregoing to be served on all counsel of record via ECF.

*/s/ Shanon J. Carson*
Shanon J. Carson
